# EXHIBIT A

Filed        18-CI-00262    01/24/2018        Vincent Riggs, Fayette Circuit Clerk

NOT ORIGINAL DOCUMENT
01/29/2018 03:07:25 PM
82999

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION ____
CIVIL ACTION NO. 18-CI- _____

**FILED ELECTRONICALLY**

| | |
|---|---|
| VAL'S AUTO SALES & REPAIR, LLC | PLAINTIFFS |

VS.    **COMPLAINT**

| | |
|---|---|
| ROBERTO A. GARCIA<br>**SERVE THROUGH KY SECRETARY OF STATE:**<br>**VIA CERTIFIED MAIL**<br>**Restricted Delivery**<br>1507 November Cir Apt. 202<br>Silver Springs, MD 20904 | DEFENDANT |

AND

| | |
|---|---|
| EZEE TRANS, LLC<br>**SERVE THROUGH KY SECRETARY OF STATE:**<br>**VIA CERTIFIED MAIL**<br>**Restricted Delivery**<br>20029 Northville Hills Ter<br>Ashburn, VA 20147-7020 | DEFENDANT |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Comes the Plaintiff, Val's Auto Sales & Repair, LLC (Val's), by counsel, and, for its Complaint against the above-listed Defendants, hereby states as follows:

**JURISDICTION AND VENUE**

Venue is proper and this Court has subject matter jurisdiction over this action because the accident which forms the basis for this Complaint occurred in Lexington, Fayette County, Kentucky. Plaintiff seeks damages in excess of the jurisdictional limits of this Court.

Presiding Judge: HON. PAMELA GOODWINE (622212)

COM : 000001 of 000005

Filed        18-CI-00262    01/24/2018        Vincent Riggs, Fayette Circuit Clerk

Filed        18-CI-00262    01/24/2018        Vincent Riggs, Fayette Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                     01/29/2018 03:07:25 PM
                                                                                     82999

## PARTIES

1. The Plaintiff, Val's, is and was at all times pertinent to this Complaint, a Kentucky Limited Liability Company with a principal office in Lexington, Kentucky.

2. Upon information and belief, Defendant, Roberto Garcia, is and was at all times relevant to this Complaint a resident of Silvers Springs, Maryland, and can be served by the long-arm statute through the Kentucky Secretary of State at 1507 November Cir. Apt. 202, Silver Springs, MD 20904.

3. Defendant, Ezee Trans, LLC, is and was at all times relevant to this Complaint a foreign corporation licensed to conduct business in Kentucky. Ezee Trans LLC's principal address is 20029 Northville Hills Ter., Ashburn, Virginia 20147, and may be served by the long-arm statute through the Kentucky Secretary of State, at 20029 Northville Hills Ter., Ashburn, VA 20147-7020.

## FACTS

4. On September 1, 2017, Ezee Trans LLC (Ezee Trans) via its employee, Roberto Garcia, was hired to pick up a 2016 Mercedes Benz Sprinter Van at Specialty Gulf Coast Yard in Gulfport, Mississippi for transport to Lexington, Kentucky to Val's.

5. Ezee Trans loaded the Sprinter Van on a flatbed commercial vehicle which was driven by Mr. Garcia and owned by Ezee Trans.

6. On September 2, 2017, while nearing Val's in Lexington, Kentucky, Mr. Garcia was involved in a single vehicle collision with a railroad bridge.

7. While attempting to drive under the bridge, the Sprinter Van impacted the subject bridge causing damage to the Sprinter Van.

8. A police report was generated whereby Mr. Garcia admits hitting the subject bridge.

2

Presiding Judge: HON. PAMELA GOODWINE (622212)
COM : 000002 of 000005

Filed          18-CI-00262    01/24/2018        Vincent Riggs, Fayette Circuit Clerk         NOT ORIGINAL DOCUMENT
                                                                                         01/29/2018 03:07:25 PM
                                                                                         82999

9. Liability in this matter is clear.

### COUNT I
### NEGLIGENCE
### (Roberto Garcia)

10. Plaintiff repeats, re-alleges, and reasserts each and every allegation contained within the preceding paragraphs as though set forth fully herein.

11. Defendant, Roberto Garcia, owed Plaintiff a duty to use reasonable care in the operation of his motor vehicle while transporting Plaintiff's property.

12. Defendant, Roberto Garcia, operated his motor vehicle in such a negligent manner as to cause the collision between the transported Sprinter Van and the railroad bridge.

13. As a direct and proximate result of the negligence of Defendant, Roberto Garcia, Plaintiff has suffered damages.

### COUNT II
### VICARIOUS LIABILITY
### (Ezee Trans)

14. Plaintiff repeats, re-alleges, and reasserts each and every allegation contained within the preceding paragraphs as though set forth fully herein.

15. Defendant Garcia was operating the vehicle in course of his employment at the time of the accident.

16. Defendant Ezee Trans is vicariously liable for the acts and omissions of its employee, Defendant Garcia.

### COUNT III
### NEGLIGENT ENTRUSTMENT

1. Plaintiff repeats, re-alleges, and reasserts each and every allegation contained within the preceding paragraphs as though set forth fully herein.

3

Filed          18-CI-00262    01/24/2018        Vincent Riggs, Fayette Circuit Clerk

Presiding Judge: HON. PAMELA GOODWINE (622212)
COM : 000003 of 000005

Filed          18-CI-00262      01/24/2018         Vincent Riggs, Fayette Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                                01/29/2018 03:07:25 PM
                                                                                82999

2. Defendant Garcia was operating a vehicle owned by Defendant Ezee Trans at the time of the accident.

3. Defendant Garcia has had previous traffic citations for speeding and other infractions.

4. Defendant Ezee Trans negligently entrusted Defendant Garcia with the vehicle.

### COUNT IV
### PUNITIVE DAMAGES

5. The Plaintiff repeats, re-alleges, and reasserts each and every allegation contained within the preceding paragraphs, as though set forth fully herein.

6. The conduct of the Defendants as described above was so willful, wanton and grossly negligent that Plaintiff is entitled to an award of punitive damages.

### COUNT V
### CAUSATION

7. The Plaintiff repeats, re-alleges, and reasserts each and every allegation contained within the preceding paragraphs, as though set forth fully herein.

8. As a direct and proximate result of the Defendants' conduct individually and acting in concert, the Plaintiff has been caused to suffer the following damages:

   a. Actual, foreseeable, incidental, and consequential damages;

   b. Punitive damages against each Defendant;

   c. Attorney's fees, costs, and legal expenses as allowed by law; and

   d. Any and all other just and proper relief including, but not limited, to equitable relief to which Plaintiff may be entitled.

WHEREFORE, the Plaintiff prays the Court:

   (a)   For a trial of this case by jury;

4

Presiding Judge: HON. PAMELA GOODWINE (622212)
COM : 000004 of 000005

Filed        18-CI-00262    01/24/2018         Vincent Riggs, Fayette Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                          01/29/2018 03:07:25 PM
                                                                          82999

(b)   For a judgment against the Defendants for the Plaintiffs' damages;

(c)   For all of the damages set forth in this Complaint including, but not limited to actual, foreseeable, incidental, compensatory and punitive damages, pre-judgment and post-judgment interest, and attorneys' fees and costs.

(d)   Any and all other equitable relief to which this Court may deem Plaintiff entitled.

          Respectfully submitted,

          GOLDEN LAW OFFICE, PLLC

          Justin S. Peterson
          771 Corporate Drive, Suite 750
          Lexington, Kentucky 40503
          Telephone:   859.469.5000
          Facsimile:   859.469.5001
          Email: jpeterson@goldenlawoffice.com
          COUNSEL FOR PLAINTIFF

4824-2768-5978, v. 1